| 09/08/2022 | | Judge Thomas M Renn |
|---|---|---|
| 01:30 20-62593-tmr7 | Stephen Scott Lokan - db | BRIAN D TURNER |
| | Brenda Leigh Lokan - jtdb | BRIAN D TURNER |
| | Vanesa Pancic -tr | JUSTIN LEONARD |

**Matter: Trustee's Motion for Order (1) Declaring Inheritance of Stephen Lokan to be Property of the Estate Based on Bad Faith Conversion from Chapter 13 Under 11 U.S.C. § 348(f)(2); and (2) Directing Debtors to Turn Over Inheritance to the Trustee; and Debtors' Objection Thereto**

Additional Appearances: None

Summary of Proceedings

Mr. Leonard and Mr. Turner discussed the status of the inheritance funds and the status of the debtors' business and LLC. Mr. Leonard reported he has had discussions with Mr. Turner about the inheritance funds, and they believe an evidentiary hearing is appropriate to resolve the issues. Mr. Leonard requested a hearing date in early December. Mr. Turner indicated they have already worked out a timeline for discovery, and filing a pretrial order and pretrial briefs. He confirmed that the debtors have agreed not to spend any inheritance funds, except to the extent required for the probate estate, until the matter is resolved. Mr. Turner will contact the debtors regarding conducting the hearing via video.

Determination of the Court

An evidentiary hearing to be scheduled in early December. Judge Renn's Courtroom Deputy to contact the parties with possible dates and times for a final hearing. The court will enter a scheduling order after a hearing date is determined.

Order to be prepared by:  _____ Clerk's Office  _____ Chambers  Other:

Minute Order: